# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 24, 2008

Charles R. Fulbruge III
Clerk

No. 07-30741

In Re:  In the Matter of the Complaint of LUHR BROTHERS INC,
as Owner of Barges L-1040, L-216, L-1061, L-325, and L-326
Praying for Exoneration From or Limitation of Liability
_____

LUHR BROTHERS INC, as Owner of Barges L-1040, L-216, L-1061,
L-325, and L-326

                              Petitioner - Appellee-Cross-Appellant

v.

TERRAL RIVER SERVICES INC

                              Claimant - Appellant-Cross-Appellee

_____
CONTINENTAL INSURANCE COMPANY

                              Plaintiff - Appellee-Cross-Appellant

v.

TERRAL RIVER SERVICES INC

                              Defendant - Appellant-Cross-Appellee

_____

Appeal from the United States District Court
for the Eastern District of Louisiana

_____

Before JOLLY, GARZA, and ELROD, Circuit Judges..

PER CURIAM:[*]

We have reviewed the briefs, pertinent portions of the record, and the applicable law and have heard the arguments of counsel. It is clear that the district court in its able opinion committed no reversible error. Its judgment, therefore, is AFFIRMED. See 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.